# IN RE ROCHELLE D.*
## (AC 26318)

Dranginis, Flynn and Dupont, Js.

Argued November 16—officially released December 6, 2005

Per Curiam. The judgment is affirmed.

# STATE OF CONNECTICUT v. QURAN ALLEN
## (AC 25763)

DiPentima, Harper and Foti, Js.

Argued November 16—officially released December 6, 2005

Per Curiam. The judgment is affirmed.

# REGINA M. PROKOSKI v. STATE BOARD OF FIREARMS PERMIT EXAMINERS ET AL.
## (AC 26822)

Schaller, DiPentima and Gruendel, Js.

Argued November 18—officially released December 6, 2005

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.